UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHEREEN RAMADAN,

           Plaintiff,

v.

CVS HEALTH INC.,

           Defendant.

CASE NO. 2:21-cv-00020-RAJ-JRC

ORDER ON STIPULATED MOTION TO STAY

This matter is before the Court on referral from the District Court (Dkt. 11), and on the parties' stipulated motion to stay proceedings pending the completion of arbitration. Dkt. 15. The Court finds good cause and grants the motion to stay. If this matter is still stayed on May 3, 2021, the parties shall file a status report updating the Court regarding the status of the case.

Dated this 2nd day of February, 2021.

J. Richard Creatura
United States Magistrate Judge

ORDER ON STIPULATED MOTION TO STAY - 1