UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHEREEN RAMADAN,

        Plaintiff,

v.

CVS HEALTH INC.,

        Defendant.

CASE NO. 2:21-cv-00020-RAJ-JRC

ORDER EXTENDING STAY AND SETTING DEADLINE FOR JOINT STATUS REPORT

This matter is before the Court on referral from the District Court (Dkt. 11), and on the parties' joint status report. Dkt. 17. The Court previously granted the parties' joint request for a stay of this matter during arbitration. The Court finds good cause to continue the stay because the parties state that arbitration is still pending.

The parties shall file another joint status report on or before August 3, 2021, informing the Court whether they seek a continuance of the stay, and if so, for how long. If arbitration is

///

ORDER EXTENDING STAY AND SETTING
DEADLINE FOR JOINT STATUS REPORT - 1

completed before August 3, 2021, the parties shall promptly inform the Court.

Dated this 6th day of May, 2021.

_J. Richard Creatura_
J. Richard Creatura
Chief United States Magistrate Judge