1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHEREEN RAMADAN,

                    Plaintiff,

          v.

CVS HEALTH INC.,

                    Defendant.

CASE NO. 2:21-cv-00020-RAJ-JRC

ORDER EXTENDING STAY

This matter is before the Court on referral from the District Court (Dkt. 11), and on the parties' joint status report. Dkt. 20. The Court previously granted the parties' joint request for a stay of this matter during arbitration. *See* Dkt. 18. The Court finds good cause to continue the stay because the parties state that the arbitration hearing is currently scheduled for April 5–7, 2022. Dkt. 20, at 1.

///

///

///

1    This matter is stayed until April 7, 2022.  The parties shall promptly inform the Court if

2    the matter should be reviewed by the Court prior to that date, or whether they seek a continuance

3    of the stay, and if so, for how long.

4    Dated this 4th day of August, 2021.

5

6

7    _____

8    J. Richard Creatura
     Chief United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER EXTENDING STAY - 2