UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHEREEN RAMADAN,

            Plaintiff,

v.

CVS HEALTH INC.,

           Defendant.

CASE NO. 2:21-cv-00020-RAJ-JRC

ORDER EXTENDING STAY

This matter is before the Court on referral from the District Court (Dkt. 11), and on the parties' joint status report. Dkt. 22. The Court previously granted the parties' joint request for a stay of this matter during arbitration. *See* Dkts. 8, 21. The Court finds good cause to continue the stay because the parties seek additional time to finalize necessary documents pursuant to an agreement they have reached. Therefore, the matter shall remain stayed until the earlier of June 6, 2022, or the parties' filing of a notice of dismissal in this Court.

///

If the matter remains pending on June 6, 2022, the parties shall file a joint status report with the Court or other appropriate filing apprising the Court of the status of the matter.

Dated this 7th day of April, 2022.

J. Richard Creatura
Chief United States Magistrate Judge